# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| JERMAINE MELVIN DAVIS | § § | |

## EXPLANATION OF WAIVER OF INDICTMENT

You have a right to have your case presented to a Grand Jury which consists of not less than 16 nor more than 23 impartial citizens. The members of the Grand Jury Hear the facts of the case which are presented by the United States Attorney and witnesses.

The Grand Jury may NO BILL the indictment indicating the Government has produced insufficient evidence to show probable cause that an offense was committed and that you committed it. The Grand Jury may TRUE BILL the indictment only upon the concurrence of 12 or more jurors. That is, the vote of 12 jurors is needed to return a TRUE BILL against an accused.

Although you have a right to have your case presented to the Grand Jury, you may waive this right.

If you waive indictment, the charges against you will be presented by the United States

Attorney by a Criminal Information.

I hereby waive my right to have evidence in this case presented to a Grand Jury.

_____
Defendant **JERMAINE MELVIN DAVIS**


SWORN AND SUBSCRIBED before me on this _____ day of _____, 2012.

_____
UNITED STATES MAGISTRATE JUDGE