Jermaine Melvin Davis
 Reg no. 720 492 79
 P.O. Box 7000
 U.S. Penitentiary
 USP Florence
 Florence, Colorado 81226-7000

United States Courts
Southern District of Texas
FILED

APR - 5 2021

Nathan Ochsner, Clerk of Court

U.S. District Court
Southern District of Texas
Houston Division
515 Rusk Street.
Houston, Texas 77002

Case NO. H-12-CR-386-3

Re: Request for information by
    Leave of Court

Honorable Judge Hittner;
   Mr. Davis arrived here at USP Florence in the fall of 2019,
immediately thereafter during his initial classification and subsequent
program reviews, Unit Team Mr. Taylor Unit Manager, Mrs. Allen
Case Manager and Mr. Adams Unit Counselor conducted an
assessment needed areas identified through the First Step Act (FSA)
(P.L. 115-391) signed into law by President Donal Trump on December
21, 2018, dealing with reentry, regarding programming, good time,
among other issues.
   On or about February 10, 2021 unit team recommended that
Mr. Davis attend qualifies, and will be redesignated to the a
residential (500 hour) clinical drug abuse Treatment Program (RDAP)

Evidence based recidivism reduction productive program that are created from the (FSA).

Finally : Mr. Davis main question to this honorable court is whether you will consider after successful completion and taking everything in consideration to amend his Judgment & conviction herein in an attempt to get a one year off his remaining sentence. Your reply is strongly appreciated. Sincerely

Jermaine M. Davis
Reg no. 72049279

March 29, 2021

Case No. H-12-CR-386
Houston Division

page 2 of 4

·VERIFICATION

Pursuant to 28 U.S.C. §1746, I, _Jermaine M. Davis_ declare

and verify, under penalty of perjury under the Laws of the State of

Colorado and the United States of America, that I have read the

foregoing and that it is true and correct to the best of my

belief and knowledge.

Dated this _28th_, day of _March_, 2021

By: _Jermaine M. Davis_

Reg No. _72049279_

United States Penitentiary
USP Florence
P.O. Box 7000
Florence, Colorado 81226-7000

Case No. H-12-CR-386    Page 3 of 4
Houston Division

## CERTIFICATE OF SERVICE

I, _Jermaine M. Davis_, hereby certify that I have caused

to be served to the below named true and correct copies _1_

of the foregoing was mailed on _March 28th, 2021_ to

_U.S. District Court, Judge David Hittner, 515 Rusk Street_

_Houston, Texas 77002_

Postage pre-paid first class mail, via United States Postal

Service, deposited in the U.S. Penitentiary Prison Mail Box,

USP Florence, Florence, Colorado.

7016 0910 0000 0293 0648

By: _Jermaine M. Davis_          Dated: _3 | 28 | 2021_

_Case No. H-12-CR-386          page 4 of 4_
_Houston Division_



Jermaine Melvin Darks Reg no. 07076-700
P.O. Box 7000
USP Florence
U.S. Penitentiary
Florence Colorado 81226-7000

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 0910 0000 0293 8490

United States Cou
Southern District of
FILED

APR - 5 2021

Nathan Ochsner, Clerk of Court

Honorable David Hittner
U.S. District Court
515 Rusk Street,
Houston, Texas 77002

MAR 31 2021
FLORENCE CO
USPS